FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

DEC 29 2021

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher Alexander Ruiz | ) | Case No. 21 MJ 1887 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 27, 2021** in the county of **Dona Ana** in the District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of a firearm or ammunition by a prohibited person |

This criminal complaint is based on these facts:

See attached "Affidavit"

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan Buckrop, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/29/2021

_____
Judge's signature

City and state: Las Cruces, New Mexico

for Gregory J. Fouratt, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

1. This affidavit is made in support of a criminal complaint charging Christopher Alexander Ruiz, with violations of 18 U.S.C. § 922(g), Possession of a firearm or ammunition by a prohibited person.

2. I am a Federal Bureau of Investigation (FBI) Special Agent currently assigned to the FBI Albuquerque Division, Las Cruces Resident Agency. I have been an FBI Special Agent since August 2016. Since May 2017, I have been assigned to the FBI Southern New Mexico Safe Streets Gang Task Force (SSGTF) where I currently serve as Task Force Coordinator. In that capacity, I oversee the day-to-day operations of the SSGTF and conduct investigations of criminal organizations, violent repeat offenders, and other federal drug and firearm related crimes. As an FBI Special Agent, I am authorized to investigate crimes involving violations of the Firearms Act.

3. I am familiar with the facts and circumstances of the investigation into Christopher Alexander Ruiz. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or reliable sources.

4. On or about December 27, 2021, Dona Ana County Sheriff's Office (DASO) Deputy WU observed a gray in color Chevrolet Silverado 2500 parked near 5548 Ledesma Dr, Las Cruces, New Mexico (NM). Deputy WU had been made aware that the vehicle had been previously reported stolen on or about December 24, 2021 and that the vehicle may be in the area of 5548 Ledesma Dr. Deputy WU observed a male individual, later identified as Christopher Alexander Ruiz, in and around the vehicle.

5. Deputy WU approached the vehicle while Ruiz was sitting in the driver's seat of the vehicle and asked Ruiz to open the door of the vehicle. Ruiz ignored Deputy WU's commands and proceeded to start the vehicle and drive the vehicle forward while Deputy WU was holding onto the driver's door handle. DASO Deputy DH had arrived on scene to assist Deputy WU. Ruiz then drove the vehicle into the front bumper of Deputy DH's marked unit while Deputy DH was sitting in the marked unit. As Ruiz attempted to drive away from the DASO Deputies, Ruiz also side swiped Deputy WU's marked unit.

6. Ruiz continued to drive south on Ledesma Dr and then east on Thorpe Rd and continued through a dirt lot at the bus stop located at 800 E Thorpe Rd before continuing onto Elks Dr heading southbound. Both DASO Deputy WU and Deputy DH continued to pursue Ruiz with emergency lights and sirens activated. Deputy WU then conducted a Pursuit Intervention Technique (PIT) maneuver which caused Ruiz's vehicle to stop near the intersection of Elks Dr and Devendale Dr. Ruiz then exited the front right passenger door of the vehicle in an alleged attempt to continue to flee from Deputy WU. DASO Deputies were able to gain control of Ruiz and place Ruiz in handcuffs. Upon a search of Ruiz's person, DASO Deputies recovered a Ruger SR9 handgun, 9mm caliber, S/N 337-95122, which was tucked into the front waistband of Ruiz's pants. The handgun was loaded with one round in the chamber with no magazine. The Deputies checked the firearm in NCIC and learned that the firearm had been reported stolen.

7. Ruiz was previously convicted of a felony offense and sentenced in March 2015 for 18 U.S.C. § 922(g), Felon in Possession of a Firearm or Ammunition. Therefore, by federal law under 18 U.S.C. § 922, Ruiz is prohibited from handling or possessing a firearm or ammunition. Ruiz was aware of his status as a prohibited person which he has knowledge of due to his previous guilty plea, conviction and sentencing for Felon in Possession of a Firearm or Ammunition.

8. Based on my training and experience, and in consultation with trained Special Agents of the Federal Bureau of Investigation (FBI), it is my understanding that Sturm, Ruger & Company (Ruger) firearms are not manufactured in the state of New Mexico. Therefore, the firearm that Ruiz was found in possession of, had traveled in interstate commerce in order to be present in the state of New Mexico.

9. Based on the foregoing, there is probable cause to believe that Christopher Alexander Ruiz violated 18 U.S.C. § 922(g), Possession of a firearm or ammunition by a prohibited person.

10. Assistant United States Attorney Christopher Solis approved the charges filed in this criminal complaint.

DATED: 12/29/21

Ryan Buckrop
Special Agent
Federal Bureau of Investigation

Electronically signed and telephonically sworn this 29th day of December 2021.

_____
UNITED STATES MAGISTRATE JUDGE